

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0960-15

**TOMMIE LEE WILLIAMS, JR., Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS DALLAS COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j), and 9.4(i)(2)(D), because it does not contain a copy of the opinion of the court of appeals, and the petition exceeds the proper page limits.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: November 25, 2015
Do Not Publish